FILED: January 13, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4019

(3:14-cr-00012-JRS-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

ROBERT F. MCDONNELL

        Defendant - Appellant

and

WP COMPANY LLC, d/b/a The Washington Post; BH MEDIA GROUP HOLDINGS, INCORPORATED, Publisher of the Richmond Times-Dispatch; THE ASSOCIATED PRESS

        Intervenors

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Richmond |
| Originating Case Number | 3:14-cr-00012-JRS-1 |
| Date notice of appeal filed in originating court: | 01/13/2015 |

| Appellant (s)          | Robert F. McDonnell          |
|------------------------|------------------------------|
| Appellate Case Number  | 15-4019                      |
| Case Manager           | Cathy Poulsen<br>804-916-2704 |