UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an [Application for Admission](#) before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at [Register for eFiling](#).

---

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 15-4019                                       as

[✓] Retained   [ ] Court-appointed(CJA)   [ ] Court-assigned(non-CJA)   [ ] Federal Defender   [ ] Pro Bono   [ ] Government

COUNSEL FOR: Andrew P. Miller, Anthony F. Troy, J. Marshall Coleman, Mary Sue Terry,

Stephen D. Rosenthal and Mark L. Earley                                                                                            as the
(party name)

[ ] appellant(s)   [ ] appellee(s)   [ ] petitioner(s)   [ ] respondent(s)   [✓] amicus curiae   [ ] intervenor(s)

(signature)

William H. Hurd
Name (printed or typed)

(804) 697-1335
Voice Phone

Troutman Sanders LLP
Firm Name (if applicable)

(804) 698-6058
Fax Number

P.O. Box 1122

Richmond, VA 23218-1122
Address

william.hurd@troutmansanders.com
E-mail address (print or type)

---

## CERTIFICATE OF SERVICE

I certify that on January 16, 2015     the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| See attached | |
|---|---|

/s/ William H. Hurd
Signature

01/16/2015
Date

05/07/2014
SCC

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2015, I filed a true and correct copy of the foregoing on the Court's Electronic Case Filing System, which will send a notice of electronic filing to:

Counsel for Robert F. McDonnell:

John L. Brownlee, *et al.*
Holland & Knight LLP (DC)
800 17th Street, N.W.
Suite 1100
Washington, DC 20006
202-828-1854
Email: john.brownlee@hklaw.com

Charles M. Carberry, *et al.*
Jones Day (DC-NA)
51 Louisiana Ave NW
Washington, DC 20001
(202) 879-3939
Fax: (202) 626-1700
Email: carberry@jonesday.com

Counsel for Maureen McDonnell:

Heather Hansen Martin, *et al.*
Quinn Emanuel Urquhart & Sullivan LLP
777 6th St NW
11 Floor
Washington, DC 20001
202-756-1950
Fax: 202-756-1951
Email: heathermartin@quinnemanuel.com

Counsel for the United States:

Michael S. Dry, *et al.*
U.S. Attorney's Office
600 E Main St
18th Fl
Richmond, VA 23219
(804) 819-5400
Email: michael.s.dry@usdoj.gov

By: _____/s/ William H. Hurd_____