FILED: February 2, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4019
(3:14-cr-00012-JRS-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

ROBERT F. MCDONNELL

       Defendant - Appellant

and

ANTHONY FRANCIS TROY; MARY SUE TERRY; STEPHEN DOUGLAS ROSENTHAL; ANDREW P. MILLER; J. MARSHALL COLEMAN; MARK L. EARLEY; NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS; NANCY GERTNER, Law Professor; CHARLES J. OGLETREE, JR., Law Professor;

       Amici Supporting Appellant

_____

O R D E R
_____

Upon consideration of appellant's motion to expand argument time, the court

grants the motion and grants each side a total of 30 minutes argument time. Upon consideration of appellant's motion to exceed the briefing limitations, the court grants the motion and grants leave to the parties to file opening and response briefs of not more than 21,000 words and a reply brief of not more than 10,500 words.

    For the Court

    /s/ Patricia S. Connor, Clerk